IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
09/30/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

ALEXEIS ALBERTO SOLANO,

Petitioner,

v.

Warden, Midwest Regional Reception Center; and Field Office Director, Kansas City Office, ICE,

Respondents.

Case No. 26-3365-JWL

**ORDER OF DISMISSAL**

Petitioner, acting *pro se*, mailed to the Court a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials; and the petition was filed and the present case was opened. Review of the petition, however, reveals that it is identical to one previously filed by this petitioner in Case Number 26-3310, which case is still pending (petitioner's traverse is presently due on October 2, 2026).[1] Accordingly, because petitioner's claim will be addressed in the previously-filed case, the Court **dismisses** the present case as duplicative.

[1] Both petitions are dated August 13, 2026, although the signatures appear to be slightly different, suggesting that they were signed at different times; and the petitions were sent to different courthouses, with the first sent by regular mail postmarked August 18, and with the second sent by priority mail postmarked September 23.

IT IS SO ORDERED.

Dated this 30th day of September, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge